Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000760
12-JAN-2015
03:07 PM

NO. CAAP-14-0000760

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., Plintiff-Appellee,
v.
ROLAND CUBE MIGUEL; SABRINA LYNN PERRY MIGUEL;
RULY VERSOLA MIGUEL; ANITA CUBE MIGUEL;
and BEVERLY ANN MIGUEL MARTOS, Defendants-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1067-04)

ORDER APPROVING THE JANUARY 6, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 6, 2015, by Defendants-Appellants Roland Cube Miguel, Sabrina Lynn Perry Miguel, Ruly Versola Miguel, Anita Cube Miguel and Beverly Ann Miguel Martos (Appellants), and the record, it appears that (1) the parties seek to dismiss the

appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (2) the stipulation is dated and signed by counsel for all parties; (3) the parties agree to bear their own costs and fees on appeal; and (4) all fees owed the court have been paid.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, January 12, 2015.

Presiding Judge

Associate Judge

Associate Judge